**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western _____ District of _____ Texas, Austin Division

Case number (*if known*): _____ Chapter 11

❑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | JD Hunt Custom Homes Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | d/b/a JD Hunt Construction <br><br> d/b/a JD Hunt Homes |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46 – 1595410 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2414 Exposition Blvd Ste D210 <br> Number    Street | _____ <br> Number    Street |
| | P.O. Box |
| Austin          TX      78703 <br> City           State    ZIP Code | _____ <br> City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Travis <br> County | _____ <br> Number    Street |
| | _____ |
| | _____ <br> City        State    ZIP Code |

5. **Debtor's website** (URL) _____

Debtor    JD Hunt Custom Homes Inc.

Name

Case number (if known) _____

---

6. **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

---

7. **Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   _2361__ ___ ___

---

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No
- ☐ Yes.   District _____   When _____   Case number _____
  -                 MM / DD / YYYY
  -          District _____   When _____   Case number _____
  -                 MM / DD / YYYY

---

Debtor　JD Hunt Custom Homes Inc.

Name

Case number (if known)_____

| | | | | |
|---|---|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes. | Debtor<br><br>District<br><br>Case number, if known | Jason D. Hunt & Kristin N. Hunt<br>Western District of Texas<br>25-10656-cgb | Relationship　Affiliate<br><br>When　05/05/2025<br>　　MM / DD / YYYY |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

　　　　　　　　　　Number　　　　Street

_____

_____

City　　　　　　　　　　　　　　　　　　　State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　　　Contact name _____

　　　　　Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor    JD Hunt Custom Homes Inc.
          _____          Case number (if known)_____
          Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/11/2025
             MM / DD / YYYY

✘  /s/ Jason D. Hunt                                    Jason D. Hunt
_____                    _____
Signature of authorized representative of debtor        Printed name

Title  Authorized Representative
       _____

**18. Signature of attorney**

✘  /s/ Kell C. Mercer                                   Date    05/11/2025
_____                             MM / DD / YYYY
Signature of attorney for debtor

Kell C. Mercer
_____
Printed name
Kell C. Mercer PC
_____
Firm name
901 S Mopac Expy Bldg 1 Ste 300
_____
Number    Street
Austin                                      TX          78746
_____         _____  _____
City                                        State       ZIP Code
(512) 767-3214                              kell.mercer@mercer-law-pc.com
_____         _____
Contact phone                               Email address

24007668                                    TX
_____         _____
Bar number                                  State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **JD Hunt Custom Homes Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Newtek 4800 T-Rex Avenue, Suite 120 Boca Raton, FL 33431** | | | | | | **$3,000,000.00** |
| **Patmos Capital Partners LLC 6534 Sunnyland Ln Dallas, TX 75214** | | | **Contingent Unliquidated Disputed** | | | **$2,700,000.00** |
| **Timeless Funding LLC 5014 16th Avenue STE 124 Brooklyn, NY 11219** | | | | | | **$2,194,608.00** |
| **Balcones Asset Holdings LLC 2083 N. Collins Blvd. Ste 200 Richardson, TX 75080** | | | **Contingent Unliquidated Disputed** | | | **$2,089,000.00** |
| **Itria Ventures LLC 1 Penn Plaza, Suite 3101 New York, NY 10119** | | | | | | **$1,652,696.18** |
| **Premium Merchant Funding (PMF) 55 Water Street New York, NY 10004** | | | | | | **$649,905.36** |
| **Vault Capital LLC 19790 W Dixie Hwy Miami, FL 33180** | | | | | | **$349,125.00** |
| **Celtic Advance 8 The Green, Suite A Dover, DE 19901** | | | | | | **$331,404.00** |
| **Planet Home Lending PO Box 1001 Meriden, CT 06450** | | | | | | **$315,000.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **JD Hunt Custom Homes Inc.**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Nattional Bank of Sonora Texas 102 E Main Street Sonora, TX 76950** | | | | | | $278,789.00 |
| **Alpaca Funding LLC 266 Broadway, Suite 401 Brooklyn, NY 11211** | | | | | | $264,000.00 |
| **Ramp CC Service 28 West 23rd Street, Floor 2 New York, NY 10010** | | | | | | $238,324.00 |
| **Five Star Bank 2240 Douglas Blvd Ste 100 Roseville, CA 95661** | | | | | | $192,070.00 |
| **RHO CC Service 100 Crosby Street New York, NY 10012** | | | | | | $159,998.00 |
| **The Home Depot - Project Credit Line 2455 Paces Ferry Road NW Atlanta, GA 30339** | | | | | | $151,437.95 |
| **First Home Bank 9190 Seminole Blvd Seminole, FL 33772** | | | | | | $150,000.00 |
| **McCoys P.O. Box 1028 San Marcos, TX 78667** | | | | | | $101,865.00 |
| **Square Advance 90 E Halsey RD Parsippany, NJ 07054** | | | | | | $90,179.00 |
| **Divvy / Bill CC Service 6220 America Center Drive, Suite 100 San Jose, CA 95002** | | | | | | $77,454.00 |
| **Brickhouse Capital 8161 E. Indian Bend RD Ste 103 Scottsdale, AZ 85250** | | | | | | $75,000.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**United States Bankruptcy Court**

**Western District of Texas, Austin Division**

In re     **JD Hunt Custom Homes Inc.**                               Case No.

                                            Debtor(s)         Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     **May 11, 2025**                        **/s/ Jason D. Hunt**

                                                    **Jason D. Hunt/Authorized Representative**

                                                     Signer/Title

Alpaca Funding LLC
266 Broadway, Suite 401
Brooklyn, NY 11211

American Express
200 Vesey Street
New York, NY 10285

American Express B Plat
200 Vesey Street
New York, NY 10285

American Express Cash
200 Vesey Street
New York, NY 10285

Balcones Asset Holdings LLC
2083 N. Collins Blvd. Ste 200
Richardson, TX 75080

Brian Fisher, Esq.
Holmes Firm PC
14241 N Dallas Parkway, Suite 800
Dallas, TX 75254

Brickhouse Capital
8161 E. Indian Bend RD Ste 103
Scottsdale, AZ 85250

Capital One Business CC
1680 Capital One Drive
McLean, VA 22102

Celtic Advance
8 The Green, Suite A
Dover, DE 19901

Chase Auto
700 Kansas Lane
Monroe, LA 71203

Chase CC Business
270 Park Avenue
New York, NY 10017

Constantine Z. Pamphilis
Kasowitz Benson Torres LLP
1415 Louisiana Street, Suite 2100
Houston, TX 77002


Core Funding Source LLC
8549 Wilshire Blvd Suite 852
Beverly Hills, CA 90211


Divvy / Bill CC Service
6220 America Center Drive, Suite 100
San Jose, CA 95002


First Home Bank
9190 Seminole Blvd
Seminole, FL 33772


First Nattional Bank of Sonora Texas
102 E Main Street
Sonora, TX 76950


Five Star Bank
2240 Douglas Blvd Ste 100
Roseville, CA 95661


GMC Auto- 2016 Dodge Ram 2500
200 Renaissance Center
Detroit, MI 48243


GMC Auto- 2021 GMC Yukon
200 Renaissance Center
Detroit, MI 48243


GMC Auto- 2021 Silverado
200 Renaissance Center
Detroit, MI 48243


HNB
1 South Broad Street
Philadelphia, PA 19107


Itria Ventures LLC
1 Penn Plaza, Suite 3101
New York, NY 10119

Jason D. and Kristin N. Hunt
2414 Exposition Boulevard Ste D210
Austin, TX 78703


JD Hunt Properties LLC
2414 Exposition Boulevard Ste D210
Austin, TX 78703


John David Reed
Holmes Firm PC
14241 N Dallas Parkway, Suite 800
Dallas, TX 75254


Jonathan P. Hernon
Holmes Firm PC
14241 N Dallas Parkway, Suite 800
Dallas, TX 75254


Land Rover Financial
P.O. Box 78069
Phoenix, AZ 85062


Macquarie Equipment
125 West 55th Street, Level 22
New York, NY 10019


McCoys
P.O. Box 1028
San Marcos, TX 78667


Newtek
4800 T-Rex Avenue, Suite 120
Boca Raton, FL 33431


OnDeck Capital
1400 Broadway, Fl 25
New York, NY 10018


Pathward Leasing
5501 South Broadband Lane
Sioux Falls, SD 57108


Patmos Capital Partners LLC
6534 Sunnyland Ln
Dallas, TX 75214

Planet Home Lending
PO Box 1001
Meriden, CT 06450

Premium Merchant Funding (PMF)
55 Water Street
New York, NY 10004

Ramp CC Service
28 West 23rd Street, Floor 2
New York, NY 10010

RHO CC Service
100 Crosby Street
New York, NY 10012

Sonora Bank
512 Singing Oaks
Bulverde, TX 78070

Square Advance
90 E Halsey RD
Parsippany, NJ 07054

Steve Owens
Kasowitz Benson Torres LLP
1415 Louisiana Street, Suite 2100
Houston, TX 77002

The Home Depot
2455 Paces Ferry Road NW
Atlanta, GA 30339

The Home Depot - Project Credit Line
2455 Paces Ferry Road NW
Atlanta, GA 30339

The Home Depot Credit Card
2455 Paces Ferry Road NW
Atlanta, GA 30339

Timeless Funding LLC
5014 16th Avenue STE 124
Brooklyn, NY 11219

Unique Funding Solutions LLC
1915 Hollywood Blvd Suite 200A
Hollywood, FL 33020


Vault Capital LLC
19790 W Dixie Hwy
Miami, FL 33180

## UNANAMOUS WRITTEN CONSENT RESOLUTIONS
## OF SOLE VOTING SHAREHOLDERS AND DIRECTORS OF

### of

### JD Hunt Custom Homes Incorporated

March 12, 2025

The below signed sole Directors and sole voting Shareholders, each in respect of JD Hunt Custom Homes Incorporated, a Texas corporation (the "**Company**"), do hereby approve and adopt the following consent resolutions:

**RESOLVED,** that all acts, conduct, and direction of the Company between September 7, 2024 and March 12, 2025, under the direction of the below signed sole Directors and sole voting Shareholders, including the acts and conduct of Jason D. Hunt, President, are hereby ratified and approved; and it is further

**RESOLVED**, that in the judgment of the undersigned sole Directors and the sole voting Shareholders, it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties, that the Company be authorized and empowered to file, a petition for relief (the "Petition") under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas, Austin Division (the "Bankruptcy Court"); and it is further

**RESOLVED**, that Jason D. Hunt, as the President of the Company, or in any other representative capacity, is hereby authorized, directed and empowered, on behalf of and in the name of the Company, (i) to execute and verify the Petition and cause the Petition to be filed with the Bankruptcy Court and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper and necessary to effect any of the foregoing; and it is further

**RESOLVED**, that Jason D. Hunt, as the President of the Company, or in any other representative capacity, is authorized, directed and empowered, on behalf of and in the name of the Company, to execute, verify and file or cause to be filed all other reasonable and customary applications, schedules, lists, motions and other papers and documents; and it is further

**RESOLVED**, that Jason D. Hunt, as the President of the Company, or in any other representative capacity, is hereby authorized, directed and empowered to open any new bank accounts, as needed, to be designated as "Debtor-in-Possession" bank accounts pursuant to the filing of the petition under Chapter 11 of the Bankruptcy Code, and to include Jason D. Hunt, the President of the Company as the signing party on such accounts, as representative of the Company; and it is further

**RESOLVED**, that Jason D. Hunt, as the President of the Company, or in any other representative capacity, has previously been authorized, directed and empowered to retain on behalf of the Company, Kell C. Mercer and the law firm of Kell C. Mercer, P.C. as bankruptcy counsel, to represent the Company in the aforesaid Chapter 11 bankruptcy case and all other related matters

1



in connection therewith and such other terms and conditions as the officers shall deem advisable. That decision is hereby memorialized and ratified; and it is further

**RESOLVED**, that Jason D. Hunt, as the President of the Company, or in any other representative capacity, is authorized and empowered, for and on behalf of the Company, to execute and file all such instruments and documents, to make all payments, to enter into all agreements and to do or cause to be done all acts and things that may be necessary or appropriate to carry out the purposes of the foregoing resolutions; and it is further

**RESOLVED,** that the forgoing resolutions shall survive any change in the directors or officers of the Company, and any self-interested action taken by any creditor to attempt to nullify or undue the following resolutions shall be void, *ab initio*, unless approved by a Court of appropriate jurisdiction upon notice and hearing.

Dated this _____3/12/2025_____ .

DocuSigned by:

*Jason Hunt*

5AF69BF207304BF

Jason D. Hunt
Director/Shareholder

Signed by:

*Kristin Hunt*

ECB4880B4D6649C

Kristen N. Hunt
Director/Shareholder