**Fill in this information to identify your case:**

Debtor Name    **JD Hunt Custom Homes, Inc.**

United States Bankruptcy Court for the:  **Western District of Texas**

Case number (*If known*):    **25-10700**

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Your Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**    **Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................................................

    $    **2,500,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* .......................................................................

    $    **1,076,855.06**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..........................................................................

    $    **3,576,855.06**

---

**Part 2:**    **Summarize Your Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D...........................................

    $    **338,520.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................

    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................

    + $    **17,420,910.72**

4. **Total liabilities** ..............................................................................................
    Lines 2 + 3a + 3b

    $    **17,759,430.72**

---

**Fill in this information to identify your case:**

Debtor Name   **JD Hunt Custom Homes, Inc.**

United States Bankruptcy Court for the:   **Western District of Texas**

Case number (*if known*):   **25-10700**

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.

    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                                      $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | Current value |
|---|---|---|---|---|---|
| 3.1 | Frost Bank | Checking Account | 0272 | $ | 27.86 |
| 3.2 | Frost Bank | Checking Account | 1489 | $ | 28.57 |
| 3.3 | Frost Bank | Checking Account | 3225 | $ | 22.64 |
| 3.4 | Frost Bank | Checking Account | 7370 | $ | 26.09 |
| 3.5 | RBank | Checking Account | 1007 | $ | 107,310.25 |
| 3.6 | Frost Bank | Money Market Account | 7175 | $ | 14.92 |
| 3.7 | Frost Bank | Savings Account | 8182 | $ | 8.46 |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    $ _____ 107,438.79

---

**Part 2:**  **Deposits and prepayments**

6.  **Does the debtor have any deposits or prepayments?**
    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2**
    Add lines 7 through 8. Copy the total to line 81.

    $ _____ 0.00

---

**Part 3:**  **Accounts receivable**

10.  **Does the debtor have any accounts receivable?**
     ☐ No. Go to Part 4.
     ☑ Yes. Fill in the information below.

     **Current value of debtor's interest**

11.  **Accounts receivable**

     **11a. 90 days old or less:** _____ 203,288.27  –  _____ Unknown  =  $ _____ 203,288.27
     face amount                    doubtful or uncollectible accounts

     **11b. Over 90 days old:** _____ 0.00  –  _____ Unknown  =  $ _____ 0.00
     face amount                    doubtful or uncollectible accounts

12.  **Total of Part 3**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

     $ _____ 203,288.27

---

Copyright © Financial Software Solutions, LLC

Debtor **JD Hunt Custom Homes, Inc.**     Case number *(if known)* **25-10700**
   Name

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 **1606 Deloney LLC**<br>**Re Property on Azie Morton** | **50.00** % | | $ **200,000.00** |
| 15.2 **3308 Bowman LLC** | **25.00** % | | $ **100,000.00** |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ **300,000.00**

---

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | $ | | $ |

---

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor      **JD Hunt Custom Homes, Inc.**                               Case number *(if known)*   **25-10700**
_____                                  _____
               Name

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                $_____ **0.00**

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.

Book value    $_____   Valuation method _____   Current Value   $_____

26 **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |

---

Copyright © Financial Software Solutions, LLC

Debtor    **JD Hunt Custom Homes, Inc.**
          _____    Case number *(if known)*  **25-10700**
          Name

32. **Other farming and fishing-related property not already listed in Part 6**

_____  $ _____    _____  $ _____

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                      $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☒ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes

    Book value   $ _____   Valuation method _____   Current Value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☒ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

   Misc Office Furniture           $      Unknown     _____       $           30,000.00

40. **Office fixtures**

   _____         $ _____    _____       $ _____

Debtor  **JD Hunt Custom Homes, Inc.** _____  Case number *(if known)* **25-10700** _____
  Name

41. **Office equipment, including all computer equipment and communication systems equipment and software**

_____  $_____ 0.00  _____  $_____ 15,000.00

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

_____  $_____  _____  $_____

43. **Total of Part 7.**

Add lines 38 through 42. Copy the total to line 86.

$_____ 45,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45 **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2013 PJ Trailer (VIN# 7484)** | $ **Unknown** | | $ **Unknown** |
| 47.2 **2016 Dodge Ram 2500 (Vin#1687)** | $ **0.00** | | $ **20,000.00** |
| 47.3 **2021 Chevrolet Silverado (Vin#0335)** | $ **0.00** | | $ **30,000.00** |
| 47.4 **2021 GMC Yukon (VIN# 8734)** | $ **Unknown** | | $ **45,000.00** |
| 47.5 **2021 Landrover Range Rover** | $ **Unknown** | | $ **70,000.00** |

Copyright © Financial Software Solutions, LLC  BlueStylus

Debtor    **JD Hunt Custom Homes, Inc.**_____    Case number *(if known)*  **25-10700**_____
_____Name

| | | | | | |
|---|---|---|---|---|---|
| **47.6** | **2023 Landrover Defender**_____ | $ | **0.00** | _____ | $ | **70,000.00** |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

_____    $ _____    _____    $ _____

49. **Aircraft and accessories**

_____    $ _____    _____    $ _____

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**Bobcat Mini-Excavator**_____    $ ____**Unknown**____    _____    $ _____**59,173.00**

**Bobcat Skid Steer**_____    $ ____**Unknown**____    _____    $ _____**37,450.00**

**Bobcat Skid Steer (#1407)**_____    $ ____**Unknown**____    _____    $ _____**45,725.00**

**John Deere Backhoe**_____    $ ____**Unknown**____    _____    $ _____**43,780.00**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ _____421,128.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:** | **Real property**

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Lease for 2414 Exposition Blvd, Ste D210 Austin, Texas 78703** | | $ **Unknown** | | $ **Unknown** |
| 55.2 **Profit Share Agreement re spec home at 3808 Balcones Dr.** | | $ **Unknown** | **Est. revenue** | $ **2,500,000.00** |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ **2,500,000.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 10:** Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |

Copyright © Financial Software Solutions, LLC

Debtor      **JD Hunt Custom Homes, Inc.**                                    Case number *(if known)*   **25-10700**
            Name

62.  **Licenses, franchises, and royalties**

_____     $_____     _____     $_____

63.  **Customer lists, mailing lists, or other compilations**

_____     $_____     _____     $_____

64.  **Other intangibles, or intellectual property**

_____     $_____     _____     $_____

65.  **Goodwill**

_____     $_____     _____     $_____

66.  **Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.

     $_____ **0.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
     ☒ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☒ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.
     ☒ No. Go to Part 12.
     ☐ Yes. Fill in the information below.

     **Current value of debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

     _____     _____  –  _____  =  $_____
                             Total face amount        doubtful or uncollectible accounts

Debtor   **JD Hunt Custom Homes, Inc.**                                          Case number *(if known)*   **25-10700**
_____
Name

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____      Tax Year _____      $ _____

73. **Interests in insurance policies or annuities**

_____      $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____      $ _____

**Nature of claim**          _____

**Amount requested**      $ _____
                            _____
                            _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____      $ _____

**Nature of claim**          _____

**Amount requested**      $ _____

76. **Trusts, equitable or future interests in property**

_____      $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____      $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    $ _____ **0.00**

79  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

---

**Part 12:**　Summary

---

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.*  $ __107,438.79__

81. **Deposits and prepayments.** *Copy line 9, Part 2.*  $ __0.00__

82. **Accounts receivable.** *Copy line 12, Part 3.*  $ __203,288.27__

83. **Investments.** *Copy line 17, Part 4.*  $ __300,000.00__

84 **Inventory.** *Copy line 23, Part 5.*  $ __0.00__

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*  $ __0.00__

86. **Office furniture, fixtures, and equipment; and collectibles.**
*Copy line 43, Part 7.*  $ __45,000.00__

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*  $ __421,128.00__

88. **Real property.** *Copy line 56, Part 9.* .................................................................➔  $ __2,500,000.00__

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*  $ __0.00__

90. **All other assets.** *Copy line 78, Part 11.*  ✚  $ __0.00__

91. **Total.** Add lines 80 through 90 for each column...................... 91a.  $ __1,076,855.06__  ✚ 91b.  $ __2,500,000.00__

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................  $ __3,576,855.06__

Copyright © Financial Software Solutions, LLC

**Schedule A/B: Property — Real and Personal Property**

BlueStylus

**Fill in this information to identify your case:**

Debtor Name __JD Hunt Custom Homes, Inc.__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*If known*): __25-10700__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- |

**2.1**

**Creditor's Name**

**Blue Bridge Capital, LLC**

**Creditor's mailing address**
**570 Eastern Parkway**
**Brooklyn, NY 11225**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
__UCC Lien__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ _____Unknown    $ _____0.00

**Description**
Old UCC Lien

Debtor __JD Hunt Custom Homes, Inc.__     Case number *(if known)* __25-10700__
       Name

---

| 2.2 | Creditor's Name |
|---|---|

**Brickhouse Capital**

**Creditor's mailing address**
**8161 E. Indian Bend Rd., Ste. 103**
**Scottsdale, AZ 85250**

**Creditor's email address, if known**

Date debt was incurred    __2023__

Last 4 digits of account number    __4527__

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.
     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ ___75,000.00___   $ ___0.00___

**Describe the lien**
**Equipment**

**Description**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Creditor's Name |
|---|---|

**Chase Auto**

**Creditor's mailing address**
**700 Kansas Lane**
**Monroe, LA 71203**

**Creditor's email address, if known**

Date debt was incurred    __2024__

Last 4 digits of account number    __1000__

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.
     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
47.4 2021 Landrover Range Rover

$ ___70,000.00___   $ ___0.00___

**Describe the lien**
**Kristin's Car Note**

**Description**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | JD Hunt Custom Homes, Inc. | | Case number *(if known)* | 25-10700 |
|---|---|---|---|---|
| | Name | | | |

---

| **2.4** | **Creditor's Name** | | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|---|

GMC Auto

47.2 2021 Chevrolet Silverado (Vin#0335)          $    23,147.00    $    23,147.00

**Creditor's mailing address**
**200 Renaissance Center**
**Detroit, MI 48243**

**Creditor's email address, if known**

**Describe the lien**
Car Note for 2021 Silverado

**Description**

**Date debt was incurred**    2021

**Last 4 digits of account number**    8844

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.5** | **Creditor's Name** | | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|---|

GMC Auto

47.1 2021 GMC Yukon (VIN# 8734)          $    40,918.00    $    40,918.00

**Creditor's mailing address**
**200 Renaissance Center**
**Detroit, MI 48243**

**Creditor's email address, if known**

**Describe the lien**
Car Note on 2021 GMC Yukon

**Description**

**Date debt was incurred**    2021

**Last 4 digits of account number**    3922

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

---

| **2.6** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**GMC Auto**

**Creditor's mailing address**
**200 Renaissance Center**
**Detroit, MI 48243**

| **47.3 2016 Dodge Ram 2500 (Vin#1687)** | $ | **26,906.00** | $ | **26,906.00** |

**Creditor's email address, if known**

_____

**Date debt was incurred**    2021

**Last 4 digits of account number**    4357

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
**Car Note for 2016 Dodge Ram 2500**

**Description**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.7** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**Land Rover Financial**

**Creditor's mailing address**
**P.O. Box 78069**
**Phoenix, AZ 85062**

| **47.5 2023 Landrover Defender** | $ | **52,549.00** | $ | **52,549.00** |

**Creditor's email address, if known**

_____

**Date debt was incurred**    2023

**Last 4 digits of account number**    3201

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
**Jason's Car Note**

**Description**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | JD Hunt Custom Homes, Inc. | | Case number *(if known)* | 25-10700 |
|---|---|---|---|---|
| | Name | | | |

---

| **2.8** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

**Macquarie Equipment**

$ _____ 40,000.00    $ _____ 0.00

**Creditor's mailing address**
**125 West 55th Street, Level 22**
**New York, NY 10019**

**Creditor's email address, if known**
_____

**Describe the lien**
**Equipment**

**Description**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number** _2021_

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.9** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

**Pathward Leasing**

$ _____ 10,000.00    $ _____ 0.00

**Creditor's mailing address**
**5501 South Broadband Lane**
**Sioux Falls, SD 57108**

**Creditor's email address, if known**
_____

**Describe the lien**
**Equipment**

**Description**

**Date debt was incurred** _2021_

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**

$ _____ 338,520.00

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

**Fill in this information to identify your case:**

Debtor     **JD Hunt Custom Homes, Inc.**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*):    **25-10700**

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
     ☑ No. Go to Part 2.
     ☐ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | Total Claim | | Priority Amount |
|---|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**    **Nonpriority creditor's name and mailing address**

**Alpaca Funding LLC**

**266 Broadway, Suite 401**

**Brooklyn, NY 11211**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$               **264,000.00**

**Date or dates debt was incurred**

**2024**

**Last 4 digits of account number**   _____

**Basis for the claim:**

**MCA**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

---

**3.2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **American Express** | ☐ Contingent |
| | ☐ Unliquidated |
| **200 Vesey Street** | ☐ Disputed |
| **New York, NY 10285** | |

$ 17,500.00

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **Credit Card** | |
| **Last 4 digits of account number   2002** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

---

**3.3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **American Express B Plat** | ☐ Contingent |
| | ☐ Unliquidated |
| **200 Vesey Street** | ☐ Disputed |
| **New York, NY 10285** | |

$ 4,500.00

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **Credit Card** | |
| **Last 4 digits of account number   2004** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

---

**3.4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **American Express Cash** | ☐ Contingent |
| | ☐ Unliquidated |
| **200 Vesey Street** | ☐ Disputed |
| **New York, NY 10285** | |

$ 5,000.00

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **Credit Card** | |
| **Last 4 digits of account number   9416** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,089,000.00 |

**Balcones Asset Holdings LLC**

**2083 N. Collins Blvd., Ste. 200**

**Richardson, TX 75080**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Unknown |

**Brandy Wolf**

**3933 Balcones**

**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Description

**Construction defect claims for 3933 Balcones- Disputed**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 75,000.00 |

**Brickhouse Capital**

**8161 E. Indian Bend Rd., Ste. 103**

**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | JD Hunt Custom Homes, Inc. | Case number *(if known)* | 25-10700 |
|---|---|---|---|
| | Name | | |

---

**3.8**

**Nonpriority creditor's name and mailing address**

**Capital One Business CC**

**1680 Capital One Drive**

**Mc Lean, VA 22102**

**Date or dates debt was incurred**

**Last 4 digits of account number**    **4634**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit Card**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,000.00

Description

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Celtic Advance**

**8 The Green, Suite A**

**Dover, DE 19901**

**Date or dates debt was incurred**

**07/2024**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**MCA**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 331,404.00

Description

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Chase CC Business**

**270 Park Avenue**

**New York, NY 10017**

**Date or dates debt was incurred**

**2020**

**Last 4 digits of account number**    **7318**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit Card**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,000.00

Description

---

| Debtor | JD Hunt Custom Homes, Inc. | Case number *(if known)* | 25-10700 |
|---|---|---|---|
| | Name | | |

---

| **3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $                    71,138.00 |
|---|---|---|---|

Core Funding Source LLC

8549 Wilshire Blvd., Suite 852

Beverly Hills, CA 90211

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| 08/2024 | MCA | |

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $                    77,454.00 |
|---|---|---|---|

Divvy / Bill CC Service

6220 America Center Drive, Suite 100

San Jose, CA 95002

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| 2023 | Credit Card | |

**Last 4 digits of account number**  7084

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $                    150,000.00 |
|---|---|---|---|

First Home Bank

9190 Seminole Blvd.

Seminole, FL 33772

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| 2019 | Term Loan | |

**Last 4 digits of account number**  5001

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 278,789.00 |
|---|---|---|---|

*Check all that apply.*

**First National Bank of Sonora Texas**

**102 E Main Street**

**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 192,070.00 |
|---|---|---|---|

*Check all that apply.*

**Five Star Bank**

**2240 Douglas Blvd., Ste. 100**

**Roseville, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**2020**

**Basis for the claim:**

**Term Loan**

**Description**

**Last 4 digits of account number   3124**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 97,778.00 |
|---|---|---|---|

*Check all that apply.*

**Itria Ventures, LLC**

**1 Penn Plaza, Suite 3101**

**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**8/30/2024**

**Basis for the claim:**

**MCA**

**Description**

**Last 4 digits of account number   6131**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

---

| **3.17** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Itria Ventures, LLC**

**1 Penn Plaza, Suite 3101**

**New York, NY 10119**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **174,222.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**10/17/2023**

**Basis for the claim:**

**MCA**

**Description**

**Last 4 digits of account number** **4416**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.18** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Itria Ventures, LLC**

**1 Penn Plaza, Suite 3101**

**New York, NY 10119**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **234,376.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**4/5/2024**

**Basis for the claim:**

**MCA**

**Description**

**Last 4 digits of account number** **6234**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.19** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Itria Ventures, LLC**

**1 Penn Plaza, Suite 3101**

**New York, NY 10119**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **234,375.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**4/5/2024**

**Basis for the claim:**

**MCA**

**Description**

**Last 4 digits of account number** **6234**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address**

**Itria Ventures, LLC**

**1 Penn Plaza, Suite 3101**

**New York, NY 10119**

**Date or dates debt was incurred**

**7/10/2024**

**Last 4 digits of account number    2268**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                543,996.00

**Basis for the claim:**

**MCA**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.21** | **Nonpriority creditor's name and mailing address**

**Itria Ventures, LLC**

**1 Penn Plaza, Suite 3101**

**New York, NY 10119**

**Date or dates debt was incurred**

**8/15/2024**

**Last 4 digits of account number    6538**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                544,781.00

**Basis for the claim:**

**MCA**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.22** | **Nonpriority creditor's name and mailing address**

**McCoys**

**P.O. Box 1028**

**San Marcos, TX 78667**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                101,865.00

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | JD Hunt Custom Homes, Inc. | Case number *(if known)* | 25-10700 |
|---|---|---|---|
| | Name | | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $ 3,000,000.00 |

**Newtek**

**4800 T-Rex Avenue, Suite 120**

**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| 2021 | SBA Term Loan | |

Last 4 digits of account number  **8867**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $ 71,363.00 |

**OnDeck Capital**

**1400 Broadway, Fl 25**

**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| 2019 | Line of Credit | |

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $ 2,700,000.00 |

**Patmos Capital Partners LLC**

**6534 Sunnyland Ln**

**Dallas, TX 75214**

☒ Contingent
☒ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| 2024 | Profit Interest | 3701 Eastledge, Greenlee, 3310 Bowman |

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC  BlueStylus

| Debtor | __JD Hunt Custom Homes, Inc.__ | Case number *(if known)* | __25-10700__ |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ __1,250,000.00__ |

__Patmos Capital Partners, LLC__

__6534 Sunnyland Ln__

__Dallas, TX 75214__

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| __2024__ | __Profit Interest__ | 3808 Balcones |

| Last 4 digits of account number | _____ | Is the claim subject to offset? |
|---|---|---|
| | | ☒ No |
| | | ☐ Yes |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ __315,000.00__ |

__Planet Home Lending__

__P.O. Box 1001__

__Meriden, CT 06450__

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | __Property Loan__ | |

| Last 4 digits of account number | | Is the claim subject to offset? |
|---|---|---|
| | | ☒ No |
| | | ☐ Yes |

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ __100,000.00__ |

__Premium Merchant Funding (PMF)__

__55 Water Street__

__New York, NY 10004__

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| __2024__ | __MCA__ | |

| Last 4 digits of account number | | Is the claim subject to offset? |
|---|---|---|
| | | ☒ No |
| | | ☐ Yes |

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | JD Hunt Custom Homes, Inc. | Case number *(if known)* | 25-10700 |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address

Premium Merchant Funding (PMF)

55 Water Street

New York, NY 10004

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    325,000.00

Date or dates debt was incurred

2024

Basis for the claim:

MCA

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address

Premium Merchant Funding (PMF)

55 Water Street

New York, NY 10004

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    100,000.00

Date or dates debt was incurred

2024

Basis for the claim:

MCA

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address

Ramp CC Service

28 West 23rd Street, Floor 2

New York, NY 10010

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    238,324.00

Date or dates debt was incurred

2024

Basis for the claim:

Credit Card

Description

Last 4 digits of account number   2500

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address

**RHO CC Service**

**100 Crosby Street**

**New York, NY 10012**

Date or dates debt was incurred
**2023**

Last 4 digits of account number    **3188**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                              **159,998.00**

Basis for the claim:
**Credit Card**

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

**3.33** | Nonpriority creditor's name and mailing address

**RHO CC Service**

**100 Crosby Street**

**New York, NY 10012**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                              **159,998.00**

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

**3.34** | Nonpriority creditor's name and mailing address

**Square Advance**

**90 E Halsey Rd.**

**Parsippany, NJ 07054**

Date or dates debt was incurred
**07/2024**

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                              **90,179.00**

Basis for the claim:
**MCA**

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC | | BlueStylus

| Debtor | JD Hunt Custom Homes, Inc. | Case number (if known) | 25-10700 |
|---|---|---|---|
| | Name | | |

---

**3.35** | **Nonpriority creditor's name and mailing address**

The Home Depot - Project Credit Line

2455 Paces Ferry Road NW

Atlanta, GA 30339

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    151,437.95

**Date or dates debt was incurred**

**Basis for the claim:**
Credit Account

**Description**

**Last 4 digits of account number    4087**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address**

The Huntington National Bank

c/o Gislason & Hunter, LLP
Attn: Michael Sherwood Dove
2700 South Broadway
P.O. Box 458

New Ulm, MN 56073-0458

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

$                                    154,287.77

**Date or dates debt was incurred**
02/24/2025

**Basis for the claim:**
Pending Lawsuit in Minnesota

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address**

Timeless Funding LLC

5014 16th Avenue, Ste. 124

Brooklyn, NY 11219

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                 2,194,608.00

**Date or dates debt was incurred**
2024

**Basis for the claim:**
MCA

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                           BlueStylus

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

---

| **3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 51,342.00 |

**Unique Funding Solutions LLC**

**1915 Hollywood Blvd., Suite 200A**

**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**08/2024**

Basis for the claim:

**MCA**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| **3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 349,125.00 |

**Vault Capital LLC**

**19790 W Dixie Hwy**

**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**08/2024**

Basis for the claim:

**MCA**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| **3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 475,000.00 |

**Zions Bancorporation**

**7860 S. Bingham Junction Blvd.**
**UT-ZTC5 0864**

**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Line of Credit**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                  BlueStylus

| Debtor | __JD Hunt Custom Homes, Inc.__ | Case number *(if known)* __25-10700__ |
|---|---|---|
| | Name | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|
| **4.1** **Amegy Bank, a division of Zions Bancorporation, N.A.** **Attn: Andrew Johnston, SVP** **1717 West Loop South, 21st Floor** **Houston, TX 77027** | Line __3.40__ ☐ Not listed. Explain _____ | _____ |
| **4.2** **Casey Law Group** **900 S. Capital of Texas Hwy** **Suite 460** **Austin, TX 78746** | Line __3.6__ ☐ Not listed. Explain _____ | _____ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $ 17,420,910.72 |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 17,420,910.72 |

---

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

Debtor Name    JD Hunt Custom Homes, Inc.

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*If known*):  __25-10700__                    Chapter    __11__

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Construction Contract for 3808 Balcones Dr. Austin, TX | Haylex Partners, LTD Attn: Mark Waugh PO Box 5240 Austin, TX 78763 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Construction Contract/Profit Share for 4616 Crestway. | 4616 Crestway LLC 2414 Exposition Blvd. Ste. D-210 Austin, TX 78703 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Construction Contract/Profit Share re 1209 Azie Morton | 1606 Deloney LLC 2414 Exposition Blvd. Ste. D-210 Austin, TX 78703 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | Construction Contract/Profit Share for 3308 Bowman Dr. | 3308 Bowman LLC |
| State the term remaining | | |
| List the contract number of any government contract | | |

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Profit Share for 1510 Pease Rd.** | **1510 Pease Rd.** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Schedule G: Executory Contracts and Unexpired Leases**

**Fill in this information to identify your case:**

Debtor Name    **JD Hunt Custom Homes, Inc.**

United States Bankruptcy Court for the:    **Western District of Texas**

Case number (*if known*):    **25-10700**

☑ Check if this is an amended filing

## Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.2** **Jason Hunt** <br> Name | **2414 Exposition Blvd. Suite D210** <br> Number    Street | _____ <br> Name | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| **Founder and Owner** <br> Description | **Austin**        **TX**    **78703** <br> City        State    Zip Code | | |
| **2.3** **Kristin Hunt** <br> Name | **2414 Exposition Blvd. Suite D210** <br> Number    Street | _____ <br> Name | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| **Founder and Owner** <br> Description | **Austin**        **TX**    **78703** <br> City        State    Zip Code | | |
| **2.4** **3933 Balcones LLC** <br> Name | **200 Park Ln.** <br> Number    Street | _____ <br> Name | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| _____ <br> Description | **Austin**        **TX**    **78704** <br> City        State    Zip Code | | |
| **3.14** **JD Hunt Property** <br> Name | **2414 Exposition Blvd. Suite D210** <br> Number    Street | **First National Bank of Sonora Texas** <br> Name | ☐ D _____ <br> ☑ E/F  **3.14** <br> ☐ G _____ |
| **Affiliate** <br> Description | **Austin**        **TX**    **78703** <br> City        State    Zip Code | | |

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **JD Hunt Custom Homes, Inc.** | Case number *(if known)* | **25-10700** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| **3.6** | **JD Hunt Property** | **2414 Exposition Blvd. Suite D210** | **Brandy Wolf** | ☐ D | |
| | Name | Number    Street | Name | ☑ E/F | **3.6** |
| | **Affiliate** | **Austin          TX     78703** | | ☐ G | |
| | Description | City          State    Zip Code | | | |

**Schedule H: Codebtors**

Copyright © Financial Software Solutions, LLC